# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**SCOTTIE ANDREA JACKSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-3551

[February 1, 2023]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Dan L. Vaughn, Judge; L.T. Case No. 312020CF000783A.

Carey Haughwout, Public Defender, and Paul Edward Petillo, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Melynda L. Melear, Senior Assistant Attorney General, West Palm Beach, for appellee.

## ON MOTION FOR WRITTEN OPINION

PER CURIAM.

We grant appellant's motion for written opinion and substitute the following opinion for the original one.

*Affirmed. See Guzman v. State*, 350 So. 3d 72 (Fla. 4th DCA 2022), *rev. pending*, No. SC22-1597.

GROSS, LEVINE and CONNER, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***